IN THE UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-cv-00194-BO

| | |
|---|---|
| FOLASHADE FAMODY, et al., Plaintiffs, vs. TYLER MATTHEW KREISER, et al., Defendants. | **ORDER GRANTING PLAINTIFF/PETITIONER'S MOTION TO APPEAR AT HEARING VIA ZOOM** |

**THIS MATTER** is before the Court on the motion of Plaintiff/Petitioner Folashade Famodu and her counsel, Alvin L. Pittman, for permission to appear at the June 2, 2023 hearing on the consent petition to approve a settlement entered into by or on behalf of minor, (TOS). The Court having considered the Motion and finding cause to approve the videoconference appearance, hereby grants Plaintiff/Petitioner's Motion.

The Motion to appear via videoconference is GRANTED.

The case manager shall send the videoconference information to all counsel via email.

This the 31 day of May, 2023.

Terrence Boyle
UNITED STATES DISTRICT JUDGE